**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Diebold Holding Company, LLC, *et al.*,[1] | : | Case No. 23-90602 (DRJ) |
| Debtors. | : | (Jointly Administered) |

**DEBTORS' APPLICATION TO RETAIN AND EMPLOY JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this application was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this application was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors" and together with certain of their non-Debtor direct and indirect affiliates, the "Company") state as follows in support of this application (the "Application"):

**Relief Requested**

1. The Debtors seek entry of an order, substantially in the form attached hereto (the "Order"), authorizing the Debtors to retain and employ Jackson Walker LLP ("JW" or the

[1] The Debtors are the following ten entities (the last four digits of their respective federal taxpayer identification numbers, if any, follow in parentheses): Diebold Nixdorf, Incorporated (3970); Diebold Nixdorf Technology Finance, LLC (9709); Diebold Global Finance Corporation (2596); Diebold SST Holding Company, LLC (3595); Diebold Holding Company, LLC (3478); Diebold Self-Service Systems (8298); Griffin Technology Incorporated (4416); Impexa LLC; Diebold Nixdorf Canada, Limited (N/A); and Diebold Canada Holding Company Inc. (N/A). The Debtors' noticing address in these Chapter 11 Cases is 50 Executive Parkway, Hudson, OH 44236.

"Firm") as their co-counsel and conflicts counsel in these chapter 11 cases in accordance with the terms and conditions set forth in that certain engagement letter dated May 22, 2023 (the "Engagement Letter"),[2] a copy of which is attached hereto as **Exhibit A**. In support of this Application, the Debtors submit the declaration of Matthew D. Cavenaugh (the "Cavenaugh Declaration"), which is attached hereto as **Exhibit B**.

**Jurisdiction and Venue**

2. The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtors confirm their consent to entry of a final order.

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The statutory bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

**Background**

5. On June 1, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

[2] Any references to, or summaries, of the Engagement Letter in this Application are qualified by the express terms of the Engagement Letter, which shall govern if there is any conflict between the Engagement Letter and the summaries provided herein.

6. A detailed description of the Debtors' businesses, capital structure and the events leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Carlin Adrianopoli, Financial Advisor for Debtor Diebold Nixdorf, Incorporated, in Support of First Day Motions of Debtors and Debtors in Possession* [Docket No. 28] (the "First Day Declaration"), incorporated herein by reference.[3]

**The Firm's Qualifications**

7. The Debtors have determined that the retention of co-counsel and conflicts counsel is necessary to the successful administration of these chapter 11 cases given their size and complexity, and the Firm's employment would be in the best interest of their estates. The Firm's complex chapter 11 experience, as well as its extensive practice before this Court and its knowledge of the Bankruptcy Local Rules and practices, make it substantively and geographically ideal to efficiently serve the needs of the Debtors. The Firm regularly represents chapter 11 debtors in the Southern District of Texas and throughout Texas, and thus is well qualified by its experience to serve as co-counsel and conflicts counsel to the Debtors in these proceedings.

8. In preparing for its representation of the Debtors in these chapter 11 cases, the Firm has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases. The Debtors believe the Firm is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration or the Engagement Letter, as applicable.

**Services to Be Provided**

9. By separate application, the Debtors have asked the Court to approve the retention of Jones Day ("Jones Day") as lead counsel for the Debtors. The Firm has discussed the division of responsibilities with Jones Day and will avoid duplication of efforts. To specifically disclose the division of labor, and to avoid unnecessary duplication of services, the Firm is proposed to primarily provide the following services for its engagement in these chapter 11 cases as co-counsel and conflicts counsel to the Debtors:

- provide legal advice and services regarding local rules, practices and procedures, including Fifth Circuit law;
- provide certain services in connection with administration of the chapter 11 cases, including, without limitation, preparing agendas, hearing notices and witness and exhibit lists, and coordinating with chambers;
- review and comment on proposed drafts of pleadings to be filed with the Court;
- at the request of the Debtors, appear in Court and at any meeting with the U.S. Trustee and any meeting of creditors at any given time on behalf of the Debtors as their bankruptcy local and conflicts co-counsel;
- perform all other services assigned by the Debtors to the Firm as bankruptcy local and conflicts co-counsel; and
- provide legal advice and services on any matter on which Jones Day may have a conflict, including any conflict matters arising in these chapter 11 cases, or as needed based on specialization.

**Professional Compensation**

10. The proposed arrangement for compensation is set forth in the Engagement Letter. *See* **Exhibit A**. The Firm's fees are determined on the basis of time billed at hourly rates. The Firm's hourly rates vary with the experience and seniority of its attorneys and legal assistants, and are adjusted on October 1 of each year. Work is assigned among attorneys and other professionals, including legal assistants, so as to meet the Debtors' needs, including timing

requirements, in an economically efficient manner, typically resulting in blended rates of approximately $646.00 per hour or less. The Firm did not vary from, or agree to any alternatives to, its standard or customary billing arrangements for this engagement. The Firm's hourly rates applicable to restructuring attorneys who will be responsible for the work that the Firm will perform are as follows:

| Billing Category | Rate Range |
| --- | --- |
| Partners | $750 to $1,075 |
| Associates | $475 to $750 |
| Paraprofessionals | $230 to $250 |

11. These rates are consistent with rates that the Firm charges in other comparable chapter 11 cases, with no variation based upon the geographical location of a case.

12. Expenses related to the Firm's services will be included in the Firm's applications for compensation, which may include third-party disbursements, such as travel expenses, messenger charges, filing and recording fees and other costs. The Firm intends to bill such expenses at the Firm's cost. Certain other expenses, such as photocopying, computerized research and long distance tolls, will be billed in accordance with the Firm's standard schedule of charges. To the extent there may be large third-party disbursements, such as expert fees and expenses, mediation and arbitration fees, deposition costs and substantial travel expenses, the Firm may ask that the Debtors be responsible for paying them directly, rather than through the Firm.

13. The Firm's customary fees and expenses incurred in connection with this representation are to be paid out of the Debtors' estates. The Firm will apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules and any other orders of the Court. The Debtors will be jointly and severally liable for all fees and expenses incurred by the Firm for services rendered to the Debtors pursuant to the Engagement Letter.

14. In connection with the Engagement Letter, the Debtors paid an initial retainer to the Firm in the amount of $425,000 for services performed and to be performed in connection with the filing of these chapter 11 cases. Prior to the filing of these cases, the Firm received a payment in the aggregate amount of $244,327.50 from the Debtors, which was the total amount due to the Firm for all prepetition services and reimbursement of filing fee expenses.

**The Firm's Disinterestedness**

15. To the best of the Debtors' knowledge, the JW attorneys have no interest adverse to the Debtors, or to the Debtors' bankruptcy estates, and are disinterested. The Firm has no connections with the Debtors, the Debtors' creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any other person employed in the office of the U.S. Trustee, except as disclosed in the Cavenaugh Declaration. The Cavenaugh Declaration demonstrates that although the Firm represents and has represented several of the Debtors' creditors or affiliates of the Debtors' creditors: (i) those matters are not substantially related to these chapter 11 cases; (ii) the representations are concluded; (iii) the representation is of an affiliate; or (iv) the representations and the claims of those creditors are immaterial and *de minimis*.

16. Additionally, the Firm currently represents entities or affiliates of such entities that may have direct or indirect claims against or interests in one or more of the Debtors on matters unrelated to the Debtors or these cases. For the avoidance of doubt, as specified in the Cavenaugh Declaration, the Firm will not commence a cause of action in these chapter 11 cases against entities listed on **Schedule 2** to the Cavenaugh Declaration that are current clients of the Firm unless the Firm has an applicable waiver on file or first receives a waiver from such entity allowing the Firm to commence such an action. To the extent that a waiver does not exist or is not obtained from

such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by Jones Day or other counsel, as appropriate.

## **Basis for Relief**

17. The Debtors seek approval to retain the Firm as their co-counsel and conflicts counsel pursuant to Bankruptcy Code section 327(a), which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

18. Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

19. For all the reasons stated herein, the retention and employment of the Firm is warranted. The Firm is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as required by Bankruptcy Code section 327(a), and does not hold or represent an interest adverse to the Debtors, and has no connection to the Debtors, their creditors, or other parties in interest except as set forth in the Cavenaugh Declaration. Accordingly, the Debtors request that the Court approve this Application.

**Notice**

20. The Debtors will provide notice of this Application to the following parties or their respective counsel: (a) the U.S. Trustee; (b) the Debtors' thirty largest unsecured creditors on a consolidated basis; (c) counsel to the Ad Hoc Group; (d) counsel to the proposed DIP Lenders; (e) counsel to J.P. Morgan Chase Bank, N.A., as administrative agent under the ABL Credit Agreement; (f) counsel to GLAS USA LLC and GLAS Americas LLC, as administrative and/or collateral agent under the 2023 Stub First Lien Term Credit Agreement, the DIP Credit Agreement, the First Lien Euro Notes Indenture, the First Lien Credit Agreement, the First Lien U.S. Notes Indenture, the Second Lien Notes Indenture and the Superpriority Credit Agreement; (g) counsel to U.S. Bank Trust Company, National Association, as trustee under the 2024 Stub Unsecured Notes Indenture, First Lien Euro Notes Indenture, 2025 First Lien U.S. Notes Indenture and Second Lien Notes Indenture; and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, no further notice of this Motion is required A copy of this Application is also available on the website of the Debtors' notice and claims agent at https://cases.ra.kroll.com/DieboldNixdorf/.

The Debtors request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated: July 3, 2023
Houston, Texas

*/s/ Jason Hollander*
Jason Hollander
Vice President, Legal
Diebold Holding Company, LLC

**Certificate of Service**

I certify that on July 3, 2023 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

# Exhibit A

## Engagement Letter

Jackson Walker LLP

Matthew D. Cavenaugh
(713) 752-4284
mcavenaugh@jw.com

May 22, 2023

Jonathan Leiken, Exec. VP, Chief Legal Officer and Corporate Secretary
Diebold Nixdorf
50 Executive Parkway
Hudson, OH 44236

Re: Retention of Co- Counsel and Conflicts Counsel for Chapter 11 Restructuring

Dear Mr. Leiken:

***GENERAL***. We are very pleased that you have asked us to represent Diebold Nixdorf, and all of its wholly or partially owned direct and indirect subsidiaries listed on Rider 1 or a supplement to this letter (collectively, the "Client") in connection with a potential in-court restructuring. Please note, the Firm's representation is only of Client; the Firm does not and will not represent any direct or indirect shareholder, director, officer, partner, employee, affiliate, or joint venture of Client or of any other entity.

This retention letter (this "Agreement") sets forth the terms of Client's retention of Jackson Walker LLP (the "Firm") to provide legal services and constitutes an agreement between the Firm and Client (collectively, the "Parties" and each a "Party"). This Agreement sets forth the Parties' entire agreement for rendering professional services for the current matter, as well as for all other existing or future matters (collectively, the "Engagement"), except where the Parties otherwise agree in writing.

***FEES***. The Firm will bill the Client at its established hourly rates for time spent on the Engagement. Our hourly rates vary with the experience and seniority of our attorneys and legal assistants, and are adjusted by us October 1 of each year. Naturally, we assign work among our attorneys and other professionals so as to meet the client's needs, including timing requirements, in an economically efficient manner. The Firm's hourly rates fall in the ranges set forth in the below table:

| Billing Category | Hourly Fee Range (USD) |
|---|---|
| Partners | $595-1,650 |
| Associates | $475-785 |
| Paraprofessionals | $230-425 |

Although the Firm will provide an estimate of fees to assist Client in its budgeting and planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

***EXPENSES***. Reasonable expenses related to our services will be included in our statements. They may include third-party disbursements, such as travel expenses, messenger charges, and filing and recording fees, and other costs, such as certain overtime assistance and special postage. The Firm will bill such expenses to the client at our cost. Certain other expenses, such as photocopying, computerized research and long distance tolls, will be billed in accordance with our standard schedule of charges. To the extent there may be large third-party disbursements, such as filing fees, expert fees and expenses, mediation and arbitration fees, deposition costs, and substantial travel expenses, at our option, we may ask that the client be responsible for paying them in advance or directly to the provider. Client may request supporting documentation for any expense included on any statement and will not be required to reimburse such expense until reasonably satisfactory supporting documentation is provided.

***STATEMENTS***. Our statements are rendered monthly and are due upon receipt (subject to bankruptcy court approval, if and as required). If there is any question concerning a bill, we ask that it be raised within thirty (30) days. In the event that our statements are not timely paid, we reserve the right to suspend our services until satisfactory payment arrangements are made, or if necessary, to terminate such services.

***RETAINER***. Considering the nature and scope of the Engagement, we are requesting a $425,000 retainer at this time, which is earned upon receipt, and inclusive of estimated filing fees. We anticipate applying the retainer to all outstanding fees and work in process immediately prior to a filing of any restructuring proceeding, and holding the balance until the completion of the representation. When our representation is completed, we will apply the balance of the retainer against our final statement and refund any excess to the Client.

***CLIENT***. In this engagement, our principal representation is of Client as local and conflicts counsel to assist Client's primary reorganization counsel Jones Day. Unless specifically agreed to by us in a letter like this one, we will not be representing other persons or entities, including any directors, shareholders, officers or related entities, or their subsidiaries, affiliates, or shareholders in connection with a restructuring proceeding. Client is free to terminate this engagement at any time, as are we. If the engagement is terminated, Client will remain responsible for the payment of fees and expenses incurred until termination in accordance with this agreement, and, if court approval is required, both of us will cooperate seeking it.

***CONFLICTS***. The Firm currently represents the following entities or affiliates of the following entities that may have direct or indirect claims against the Client:

State of Texas (and all related entities)
Exelon Entities
ACE Insurance
Chubb Insurance

Liberty Mutual Insurance
Bank of America
Goldman Sachs
Wells Fargo
JPMorgan Chase Bank, NA
US Bank
BMO Harris Bank
Regions Bank
BlackRock
Credit Suisse

Your execution of this Agreement constitutes Client's acknowledgement of the Firm's ongoing relationship with these entities and Client's waiver of any actual or potential conflict with the Firm's continuing representation of these entities in matters unrelated to the Engagement. In addition, you acknowledge that the Firm's representation of the Client will carve out any matters or issues directly adverse to these existing Firm clients, or to other existing Firm clients that may be identified as the representation progresses, and that any such issues will be handled by Jones Day or other conflicts counsel as the case may be, except as set forth in a separate written agreement amongst Client, the Firm, and these entities.

The Firm and Client understand and agree that this is not an exclusive agreement, and Client is free to retain any other counsel of Client's choosing. We recognize that we shall be disqualified from representing any other client with interest materially and directly adverse to Client's (i) in any matter which is substantially related to our representation of the Client and (ii) with respect to any matter where there is a reasonable probability that confidential information furnished to us could be used to the Client's disadvantage. Client understands and agrees that, with those exceptions, we are free to represent other clients, including clients whose interests may conflict with the Client's in litigation, business transactions, or other legal matters. Client agrees that our representing Client in this matter will not prevent or disqualify us from representing clients adverse to Client in other matters and that Client consents in advance to our undertaking such adverse representations.

***SPECIAL CONFLICTS COUNSEL***. The Firm may engage outside counsel to serve as special conflicts counsel where Jones Day and the Firm both have actual or potential conflicts ("Special Conflicts Counsel"), as the need may arise. Due to the size and scope of the Engagement and the broad universe of creditors and potential parties in interest, the Firm proposes that a Special Conflicts Counsel would be appropriate in this matter. For this Engagement, subject to clearance of requisite conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules, the Firm will engage the Law Office of Liz Freeman as Special Conflicts Counsel via a contract attorney arrangement and will pass all costs therefore through to Client at cost and without any markup. Ms. Freeman's hourly rate is $750/hour.

***CELL PHONE AND E-MAIL COMMUNICATION*.** The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys occasionally communicate with their clients and their clients' professionals and agents by cellular telephone, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client does not wish the Firm to discuss privileged matters on cellular telephones with Client or Client's professionals or agents.

The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by unencrypted e-mail, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client wishes to institute a system to encode all e-mail between the Firm and Client or Client's professionals or agents.

***RESTRUCTURING CASES***. If it becomes necessary for Client to commence a restructuring case under chapter 11 of the U.S. Bankruptcy Code (a "Restructuring Case"), the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition. If necessary, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as restructuring counsel. In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule"). The Firm will give Client a draft of the Disclosure Schedule once it is available. Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

If in the Firm's determination a conflict of interest arises in Client's Restructuring Case requiring separate conflicts counsel, then Client will be required to use separate conflicts counsel in those matters.

***NO GUARANTEE OF SUCCESS***. It is impossible to provide any promise or guarantee about the outcome of Client's matters. Nothing in this Agreement or any statement by Firm staff or attorneys constitutes a promise or guarantee. Any comments about the outcome of Client's matter are simply expressions of judgment and are not binding on the Firm.

***CONTACT PERSON***. Unless you or the Client otherwise direct, I will be your principal contact at this Firm. However, if at any time you wish to address concerns regarding this engagement with someone other than me, please feel free to contact Wade Cooper, our Managing Partner.

***GOVERNING LAW***. This engagement will be governed by Texas law. In addition, there may be times when we hold or transfer money on the client's behalf. In those situations, our relationship will also be subject to a variety of Texas and U.S. government requirements, including reporting requirements.

***MISCELLANEOUS.*** This Agreement sets forth the Parties' entire agreement for rendering professional services. It can be amended or modified only in writing and not orally or by course of conduct. Each Party signing below is jointly and severally responsible for all obligations due to the Firm and represents that each has full authority to execute this Agreement so that it is binding. This Agreement may be signed in one or more counterparts and binds each Party countersigning below, whether or not any other proposed signatory ever executes it. If any provision of this Agreement or the application thereof is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions or applications of this Agreement which can be given effect without such provisions or application, and to this end the provisions of this Agreement are declared to be severable. Any agreement or waiver contained herein by Client extends to any assignee or successor in interest to Client.

We will do our best to provide Client with the legal services reasonably necessary to achieve a result satisfactory to Client. However, the outcome of any transaction or lawsuit is subject to uncertainties and risks, and we make no promises or guarantees concerning the outcome. Once again, we are very pleased to have the opportunity to represent the Client. Please confirm acceptance of the terms of our engagement by signing a copy of this letter in the space provided below, and return a copy to me along with the requested retainer. For your reference I have included an invoice with wiring instructions.

Sincerely,

Matthew D. Cavenaugh

Agreed to and accepted this May 23, 2023 day of May 2023.

By DIEBOLD NIXDORF, on behalf of all wholly or partially owned direct and indirect subsidiaries:

By: Jason Hollander
Name: Jason Hollander
Title: VP, Legal

---

THE STATE BAR OF TEXAS INVESTIGATES AND PROSECUTES PROFESSIONAL MISCONDUCT COMMITTED BY TEXAS ATTORNEYS. ALTHOUGH NOT EVERY COMPLAINT AGAINST OR DISPUTE WITH A LAWYER INVOLVES PROFESSIONAL MISCONDUCT, THE STATE BAR'S OFFICE OF GENERAL COUNSEL WILL PROVIDE YOU WITH INFORMATION ABOUT HOW TO FILE A COMPLAINT. PLEASE CALL 1-800-932-1900 TOLL-FREE FOR MORE INFORMATION.

**Rider 1**

Diebold Nixdorf, Incorporated
Diebold Global Finance Corporation
Diebold Holding Company, LLC
Diebold SST Holding Company, LLC
Diebold Nixdorf Technology Finance, LLC
Griffin Technology Incorporated
Diebold Self-Service Systems
Diebold Nixdorf Canada Holding Company, Inc.
Diebold Nixdorf Canada, Ltd.

# Exhibit B

## Cavenaugh Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Diebold Holding Company, LLC, *et al.*,[1] | : | Case No. 23-90602 (DRJ) |
| Debtors. | : | (Jointly Administered) |

**DECLARATION OF MATTHEW D. CAVENAUGH**
**IN SUPPORT OF THE DEBTORS' APPLICATION TO RETAIN AND EMPLOY**
**JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

The undersigned proposed attorney for the above-captioned debtors and debtors-in-possession hereby submits this verified statement of disinterestedness pursuant to Bankruptcy Rule 2014(a).

1. My name is Matthew D. Cavenaugh. I am over the age of 18 years, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. Each and every statement contained herein is true and correct.

2. I am an attorney admitted to practice in the State of Texas and in this Court.

3. I am a partner in the law firm of Jackson Walker LLP (the "Firm"). The Firm maintains offices for the practice of law in seven Texas cities including one at 1401 McKinney Street, Suite 1900, Houston, Texas 77010. The Firm's main telephone number is (713) 752-4200 and the Firm's main facsimile number is (713) 752-4221.

---

[1] The Debtors are the following ten entities (the last four digits of their respective federal taxpayer identification numbers, if any, follow in parentheses): Diebold Nixdorf, Incorporated (3970); Diebold Nixdorf Technology Finance, LLC (9709); Diebold Global Finance Corporation (2596); Diebold SST Holding Company, LLC (3595); Diebold Holding Company, LLC (3478); Diebold Self-Service Systems (8298); Griffin Technology Incorporated (4416); Impexa LLC; Diebold Nixdorf Canada, Limited (N/A); and Diebold Canada Holding Company Inc. (N/A). The Debtors' noticing address in these Chapter 11 Cases is 50 Executive Parkway, Hudson, OH 44236.

4. In conjunction with the Debtors' retention of the Firm, I directed a search of the Firm's conflicts system for each of the Debtors' creditors and insiders (the "Potential Parties in Interest") that are listed on **Schedule 1**.

5. The Firm may represent other affiliates whose identities and affiliation did not show up on the conflicts system. It is possible that there are creditors whom the Debtors did not identify in their records that are clients of the Firm. The following summarizes the findings gleaned from my review of the information available on the Firm's conflicts system divided into current clients of the Firm that are also creditors of the Debtors, former clients and affiliates of current clients of the Firm that are also creditors of the Debtors, and my and the Firm's connections with the Debtors and their current and former officers, directors and professionals.

**A. The Firm's Prior Relationship to the Debtors**

6. The Firm and the Debtors entered into the Engagement Letter on May 22, 2023.[2] In connection with the Engagement Letter, the Debtors provided an initial retainer to the Firm in the amount of $425,000. The Firm assisted the Debtors with the preparation necessary for the filing of their voluntary petitions and transitioning their operations into chapter 11. Prior to the filing of these cases, the Firm received a payment in the aggregate amount of $244,327.50, which was the total amount due to the Firm for all prepetition services and reimbursement of filing fee expenses.

**B. Current Clients of the Firm that are Creditors of the Debtors**

7. The Firm currently represents, or has represented, entities or affiliates of entities that may have direct or indirect claims or interests against one or more of the Debtors that are listed on the attached **Schedule 2**. The Firm's ongoing representation of the **Schedule 2** entities do not involve or relate to the Debtors or these cases. The determination of whether a client is a "former

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application or the Engagement Letter, as applicable.

client" is based on the date of last activity in the Firm's billing software system being five (5) years or more prior to the Petition Date herein, or the engagement of that client as having been concluded or terminated. The designation of a former client may not foreclose a continuing attorney-client privilege.

8. In the event that any matters or issues arise that are directly adverse to these current clients of the Firm, these matters or issues will be handled by Jones Day or other conflicts counsel, as appropriate.

9. None of the current clients identified on **Schedule 2** individually represent more than 2% of the Firm's annual revenue.

10. The Firm previously represented, but does not currently represent, other potential creditors or affiliates of potential creditors of the Debtors as reflected on **Schedule 2**.

**C. Creditors of the Debtors that are Adverse to the Firm's Clients**

11. The Firm represents, or has represented in the past, clients that are adverse or potentially adverse to numerous creditors (or affiliates of creditors) of the Debtors.

**D. The Firm's Connections with the Debtors, Officers and Professionals**

12. Luci Johnson-Davis, with the U.S. Trustee's Office in Houston, was previously employed by the Firm.

13. The Firm has in the past had, and is likely in the future to have, common clients and connections with the Debtors' prepetition and postpetition attorneys, accountants and other professionals. None of those connections are material or present any conflict of interest.

14. Except as set forth herein, neither I nor the Firm have had any connection with the above-named Debtors, or insiders or affiliates of the Debtors, the Debtors' creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any other person

employed in the Office of the United States Trustee, and the Firm and I are disinterested persons within the meaning of Bankruptcy Code section 101(14), to the best of my knowledge.

**E. Statement Regarding United States Trustee Guidelines**

15. The Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with Bankruptcy Code sections 330 and 331, and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules and any other applicable procedures and orders of the Court.

**F. Attorney Statement Pursuant to the U.S. Trustee Fee Guidelines**

16. The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Fee Guidelines:

**Question**: Did the Firm agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement?

**Answer**: No. The Firm and the Debtors have not agreed to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement. The rate structure provided by the Firm is appropriate and is not significantly different from (a) the rates that the Firm charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

**Question**: Do any of the Firm professionals in this engagement vary their rate based on the geographical location of the Debtors' chapter 11 cases?

**Answer**: No. The hourly rates used by the Firm in representing the Debtors are consistent with the rates that the Firm charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

**Question**: If the Firm has represented the Debtors in the 12 months prepetition, disclose the Firm's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If the Firm's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: My hourly rate is $1,045.00. The rates of other restructuring attorneys in the Firm range from $475.00 to $1,075.00 an hour and the paraprofessional rates range from $230.00 to $250.00 per hour. The Firm represented the Debtors during the weeks immediately before the Petition Date using the foregoing hourly rates.

**Question**: Have the Debtors approved the Firm's budget and staffing plan, and if so, for what budget period?

**Answer**: The Firm has not prepared a budget and staffing plan.

17. The Firm will periodically review both the changes in identifiable parties in interest of the Debtors and clients of the Firm as such information becomes available or relevant, and will update this disclosure as appropriate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 3, 2023.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

**Schedule 1**
**Schedule of Searched Parties**

**DEBTORS**

Diebold Nixdorf, Incorporated
Diebold Global Finance Corporation
Diebold Holding Company, LLC
Diebold SST Holding Company, LLC
Diebold Nixdorf Technology Finance, LLC
Griffin Technology Incorporated
Diebold Self-Service Systems
Diebold Nixdorf Canada Holding Company, Inc.
Diebold Nixdorf Canada, Ltd.

**CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTORS' DIRECTORS**

Swagelock Company
The Sherwin-Williams Company
Olympic Steel, Inc.
University Hospitals Health Systems, Inc.
SunCoke Energy, Inc.
Rock and Roll Hall of Fame and Museum, Inc.
Forest City Realty Trust, Inc.
Microsoft Corporation
National Black MBA Association, Inc.
The Executive Leadership Council, Inc.
Houlihan Lokey, Inc.
CBL & Associates Properties, Inc.
Antarctica Capital, LLC
Liberation Investment Group LLC
MidCap Financial Investment Corporation
Network-1 Technologies, Inc.
LSC Communications, LLC
Redbox Entertainment, Inc.
Atlas Crest Investment Corp.
Atlas Crest Investment Corp. II
Wellington Management Company, LLP
The Ohio State University Board of Trustees
Longfellow Investment Management Co., LLC
Dogwood Health Trust

**CURRENT AND RECENT FORMER DIRECTORS & OFFICERS**

Arthur F. Anton
William A. Borden
Marjorie L. Bowen
Matthew Goldfarb
Octavio Marquez
Emanuel R. Pearlman
Kent M. Stahl

James Barna
Joe Myers
Ilhami Cantadurucu
Olaf Heyden
Elizabeth Radigan
David Caldwell
Jonathan Leiken
Susan Malcom
Teresa Ostapower
Jeffrey Rutherford
Gerrard Schmid
Jeannette Pacoli
Edward Crooks
Lauren C. States
Gary Greenfield
Bruce H. Besanko
Reynolds C. Bish
Ellen M. Costello
Phillip R. Cox
Dr. Alexander Dibelius
Patrick J. Lysobey
Alan Weber

**NON-DEBTOR ENTITIES**

**Non-Debtor Affiliates:**
Aevi Americas Incorporated
Aevi CZ s.r.o.
Aevi International GmbH
Aevi UK Limited
Bitelco Diebold Chile Limitada
Cable Print B.V.
CI Tech Sensors AG
CR Panama Inc.
D&G ATMs y Seguridad de Costa Rica Ltda.
D&G Centroamerica y GBM de Nicaragua y Compania Ltda.
D&G Centroamerica, S. de R.L.
D&G de Honduras S. de R.L.
D&G Dominicana S.A.
D&G Panama S. de R.L.
DB&GB ATMs y Seguridad de Guatemala, Limitada
DB&GB de El Salvador Limitada
DCHC S.A.
Diebold - Corp Systems Sdn. Bhd.
Diebold Africa (Proprietary) Limited
Diebold Africa Investment Holdings (Proprietary) Limited
Diebold Argentina S.A.
Diebold Bolivia S.R.L.
Diebold Brasil LTDA
Diebold Brasil Servicos de Tecnologia e Participacoes Ltda
Diebold Ecuador, S.A.

Diebold Financial Equipment Company, Ltd.
Diebold Latin America Holding Company, LLC
Diebold Mexico Holding Company, LLC
Diebold Nidorf Peru S. r. l.
Diebold Nixdorf (Hong Kong) Ltd.
Diebold Nixdorf (Ireland) Ltd.
Diebold Nixdorf (Thailand) Company Limited
Diebold Nixdorf A/S
Diebold Nixdorf AB
Diebold Nixdorf AG
Diebold Nixdorf AS
Diebold Nixdorf Australia Pty Limited
Diebold Nixdorf B.V. (Netherlands)
Diebold Nixdorf BPO S.p. z.o.o.
Diebold Nixdorf BV (Belgium)
Diebold Nixdorf C.A.
Diebold Nixdorf Colombia, S.A.S.
Diebold Nixdorf De Mexico S.A. de C.V.
Diebold Nixdorf Dutch Holding B.V.
Diebold Nixdorf EURL
Diebold Nixdorf Fuel and Convenience Solutions GmbH
Diebold Nixdorf Global Holdings B.V.
Diebold Nixdorf Global Solutions B.V.
Diebold Nixdorf GmbH
Diebold Nixdorf Grundstücksverwaltung Ilmenau GmbH & Co. KG
Diebold Nixdorf India Private Limited
Diebold Nixdorf Information Systems (Shanghai) Co. Ltd.
Diebold Nixdorf Information Systems S.A.
Diebold Nixdorf Kft.
Diebold Nixdorf Limited
Diebold Nixdorf (U.K.) Ltd
Diebold Nixdorf LLC
Diebold Nixdorf Manufacturing Pte. Ltd.
Diebold Nixdorf Middle East FZ-LLC
Diebold Nixdorf Myanmar Limited
Diebold Nixdorf Operations GmbH
Diebold Nixdorf Oy
Diebold Nixdorf Philippines, Inc.
Diebold Nixdorf Portugal Unipessoal, Lda.
Diebold Nixdorf Retail Solutions s.r.o.
Diebold Nixdorf S.A.
Diebold Nixdorf S.A.S.
Diebold Nixdorf S.L.
Diebold Nixdorf S.p. z.o.o.
Diebold Nixdorf s.r.l.
DIEBOLD NIXDORF s.r.o.
Diebold Nixdorf s.r.o.(Czech Republic)
Diebold Nixdorf Sdn Bhd
Diebold Nixdorf Singapore Pte. Ltd.
Diebold Nixdorf Software CV
Diebold Nixdorf Software Partner B.V.

Diebold Nixdorf South Africa (Proprietary) Limited
Diebold Nixdorf Srl.
Diebold Nixdorf Taiwan Ltd.
Diebold Nixdorf Technologies LLC
Diebold Nixdorf Teknoloji A.S.
Diebold Nixdorf Vietnam Company Limited
Diebold Pacific, Limited
Diebold Panama Inc.
Diebold Paraguay S.A.
Diebold Self-Service Solutions Limited Liability Company
Diebold Self-Service Solutions S.ar.L
Diebold Software Solutions, Inc.
Diebold Spain S.L.
Diebold Switzerland Holding Company, LLC
Diebold Uruguay, S.A.
Dieco Investments (Proprietary) Limited
Dynasty Technology Brasil Software Ltda.
Impexa, LLC
Inspur Financial Information Technology Co., Ltd. (JV)
J.J.F. Panama Inc.
LLC Diebold Nixdorf
MCES LLC
Phoenix Interactive (Aust) Pty. Ltd.
Phoenix Interactive USA Inc.
Procomp Amazonia Industria Eletronica S.A.
Procomp Industria Eletronica LTDA
Prosystems IT GmbH
PT. Diebold Nixdorf Indonesia
SecurCash Geldverwerking B.V.
SecurCash Nederland B.V.
VDM Holding Company, Inc.
Wincor Nixdorf (Philippines), Inc.
Wincor Nixdorf (Thailand) Co., Ltd.
Wincor Nixdorf Australia Pty Ltd.
Wincor Nixdorf Inc.
Wincor Nixdorf IT Support S.A. de C.V.
Wincor Nixdorf Oil and Gas IT Service LLC
Wincor Nixdorf Retail ME JLT (JV)
Wincor Nixdorf Soluções em Tecnologia da Informação Ltda.

**Joint Ventures:**
Inspur Financial Information System Co., Ltd.
Aisino-Wincor Retail & Baning Systems (Shanghai) Co., Ltd.

**DEPOSITORY INSTITUTIONS**

Bank of America Corporation
PNC Bank, National Association
HSBC Holdings plc

**COMPETITORS**

NCR Corporation
Nautilus Hyosung America, Inc.
GRG Banking Equipment
Glory Global Solutions Inc.
Oki Electric Industry Co., Ltd.
Triton Systems Inc.
Fujitsu Limited
Hitachi-Omron Terminal Solutions, Corp.
Hantle Inc.
GenMega Inc.
KEBA Corp.
Perto S.A.
Payment Alliance International, Inc.
Euronet Worldwide, Inc.
International Business Machines Corp.
Atos SE
Fiserv, Inc.
DXC Technology Company

**MATERIAL CONTRACT COUNTERPARTIES**

Hudson Executive Parkway LLC
AK United Investment Group, LLC
Birchlux Associates, LP
Boettler Business Center, Inc.
Brad Johnson Investments, LLC
BRG Management LLC
Gen-Tek LLC
GIG VAOI Overlook LLC
Grace Property Management, LLC
Guam Properties LLC
IRG Realty Advisors, LLC
KEW Realty Corporation
Maple Street IO LLC
Marketplace Investors LLC
North Canton Mayfair LLC
Park Central Austin, LLC
Per-Tech, Inc.
Proline Investors, LLC
Raworth and Harvel LLC
Securitas Electronic Security Systems, Inc.
Sunset Corporate Center, LLC
Ten Bear, LLC
TLP Capital Center West Chester LLC
WPT Land 2 LP
WVP Arbor, LLC

**MAJOR CUSTOMERS**

Bank of America Corporation
Wells Fargo

PNC Bank, National Association
U.S. Bancorp
JPMorgan Chase & Co.
Citibank, N.A.
Toronto-Dominion Bank
Regions Financial Corporation
Fifth Third Union Trust Company
Citizens Financial Group, Inc.
KeyBank National Association
Manufacturers and Traders Trust Company
FCTI Inc.
State Employees' Credit Union
Fiserv, Inc.
Everi Holdings Inc.
The Bank of Nova Scotia
Huntington Bancshares Incorporated
Comerica Incorporated
Publix Super Markets, Inc.
TD Bank, N.A.
NRT Technology Corp.
Canadian Credit Union Association
Fédération des caisses Desjardins du Québec
Stanley / IBM
Scotiabank Caribbean Treasury Limited
Laurentian Bank of Canada

**INSURANCE/BENEFITS ADMINISTRATORS**

Oswald Companies
Broadspire, Inc.
By the Numbers Actuarial Consulting, Inc.
Aon Corporation
Liberty Mutual
Automatic Data Processing, Inc.
Equifax, Inc.
Bloomberg L.P.
Bank of America Corporation
BenefitEd
Bober Markey Fedorovich
Chubb Corp.
Cleveland Clinic
CVS Caremark
Delta Dental Plans Association
Employers Health Coalition of Ohio Incorporated
Empyrean Benefit Solutions, Inc.
First American Administrators, Inc.
Health Advocate, Inc.
Highmark Blue Cross Blue Shield
ID Watchdog, Inc.
Image Concepts, Inc.
Lincoln National Corporation
Lockton Companies Inc.

Massachusetts Mutual Life Insurance Company
MDX Medical, Inc.
Mercer LLC
Metlife Services and Solutions, LLC
Newport Group, Inc.
Omada Health, Inc.
Pension Benefit Information, LLC
Physera, Inc.
Popular, Inc.
Scholarship America, Inc.
Securian Life Insurance Company
TakeCare Insurance Company Inc.
Triple-S Salud, Inc.
UMR, Inc.
United Concordia Companies, Inc.
Unum Group
Veterinary Pet Insurance Company
vFairs, LLC

**LITIGATION COUNTERPARTIES**

Office of the United States Trade Representative
Martin Sanabria

**ABL AND SECURED CREDIT FACILITIES TRUSTEES / AGENTS**

JPMorgan Chase Bank, N.A.
GLAS Americas LLC
GLAS USA LLC

**RESTRUCTURING PROFESSIONALS**

Ducera Partners LLC
FTI Consulting, Inc.
Jones Day
Jackson Walker, LLP
Kroll, LLC

**SECURED CREDITORS**

JPMorgan Chase Bank, N.A.
JPMorgan Chase Bank, N.A., Toronto Branch
J.P. Morgan SE
Credit Suisse AG, Cayman Islands Branch
U.S. Bank National Association
Bank of America, N.A.
Bank of America Europe Designated Activity Company
HSBC Bank USA, National Association
Deutsche Bank AG New York Branch
Deutsche Bank Aktiengesellschaft
PNC Bank, National Association
SCF II Group Secondary Holdings, LLC
SPCP Group, LLC
SPCP Institutional Group, LLC

BPC Lending II LLC
SPCP Institutional Group, LLC
SPCP Group, LLC
Capital Group Core Plus Total Return (US)
American High Income Trust
Income Fund of America
American Funds Insurance Series-Asset Allocation
American Funds Insurance Series - American High-Income Trust
American Funds Strategic Bond Fund
American Funds Insurance Series World Bond Fund
Capital World Bond Fund
American Funds Multi-Sector Income Fund
Capital Group U.S. Multi-Sector Income ETF
Water And Power Employees' Retirement, Disability, And Death Benefit Insurance Plan - Water And Power Employees' Retirement Plan
Water And Power Employees' Retirement, Disability, And Death Benefit Insurance Plan – Retiree Health Benefits Fund
Capital Research
Silver Point Capital, L.P.
Beach Point Capital Management, L.P.
Invesco
Bank of America
Glendon Capital
Carlyle
Palmer Square
AXA Investment Managers
Millstreet Capital Management
BlackRock Fund Advisors
Indaba Capital Management, L.P.
NN Investment Partners
Arena Investors, L.P.
Whitebox Advisors
Ameriprise
Zeo
Credit Agricole
Jefferies Capital Services, LLC

**MATERIAL SHAREHOLDERS**

The Vanguard Group, Inc.
BlackRock Fund Advisors
Millennium Management, LLC
Sapience Investments, LLC
Beach Point Capital Management, L.P.
Prescott Group Capital Management, LLC
D.E. Shaw & Company
GAMCO Asset Management, Inc.

**TAXING AUTHORITIES**

Abbeville City Tax Collector
Alabama Department of Revenue
Alameda County Tax Collector
Alexandria City Tax Collector
Anchorage Municipal Tax Collector
Anderson County Trustee
Angelina County Tax Assessor-Collector
Arizona Department of Revenue
Arkansas Department of Finance and Administration
Austin County Chief Appraiser
Banks County Tax Commissioner
Bardstown City Tax Collector
Bardstown Independent School - Finance Dept
Bedford County Trustee
Bell County Chief Appraiser
Benton County Tax Collector
Bernalillo County Tax Collector
Bexar County Tax Assessor-Collector
Blount County Trustee
Boone County Tax Collector
Bossier Parish
Botetourt County Tax Collector
Bowie County Tax Assessor-Collector
Bowling Green City Tax Collector
Brazoria County Tax Assessor-Collector
Brazos County Tax Assessor-Collector
Bristol City Tax Collector
Bristol Town Tax Collector
Broward County Tax Collector
Bullitt County Tax Collector
Burke County Tax Commissioner
Burnet County Chief Appraiser
Caddo Parish
Caddo Parish Tax Collector
Calcasieu Parish
Calcasieu Parish Tax Collector
Calhoun County Chief Appraiser
California Department of Tax and Fee Administration
Callaway County Tax Collector
Cameron County Tax Assessor-Collector
Campbell County Tax Collector
Campbell County, KY
Canadian County Tax Collector
Carrollton-Farmers Branch ISD Tax Office
Cass County Tax Assessor-Collector
Charleston County Treasurer
Chatham County Tax Commissioner
Chattanooga City Tax Collector
Cherokee County Chief Appraiser
Cherokee County Tax Assessor-Collector

Cherokee County Tax Assessor-Commissioner
Cherokee County Treasurer
Chesapeake City Tax Collector
Christian County Tax Collector
City of Alabaster
City of Denver Department of Finance
City of Florence, KY
City of Garland
City of Hopkinsville, KY
City of Laredo
City of Louisville, KY
City of Mayfield, KY
City of McAllen
City of Mesquite
City of Mobile Revenue Department
City of Owensboro, KY
City of Paris, KY
City of Philadelphia, PA
City of Portland, OR
City of Shelbyville, KY
City of St. Louis, MO
City of Westminster
Clark County Tax Collector
Clarke County Tax Commissioner
Clarksville City Tax Collector
Clay County Tax Assessor-Collector
Clayton County Tax Commissioner
Cleveland County Tax Collector
Cobb County Tax Commissioner
Collin County Tax Assessor-Collector
Colorado Department of Revenue
Columbia County Tax Commissioner
Comal County Tax Assessor-Collector
Comptroller of Maryland
Connecticut State Department of Revenue Services
Conway County Tax Collector
Coryell County Tax Assessor-Collector
Covington City Tax Collector
Craighead County Tax Collector
Crawford County Tax Collector
Crosby County Chief Appraiser
Cypress-Fairbanks ISD Tax Office
Dallas Co. Garland I.S.D.
Dallas County Tax Assessor-Collector
Daviess County Tax Collector
DeKalb County Tax Commissioner
Delaware Division of Revenue
Delaware Secretary of State
DeSoto County Tax Collector
Dougherty County Tax Commissioner
Douglas County Tax Commissioner

Durham County Tax Collector
E Baton Rouge Parish Tax Collector
East Baton Rouge Parish
Ector County Tax Assessor-Collector
El Dorado County Tax Collector
El Paso County Tax Assessor-Collector
Ellis County Tax Assessor-Collector
Faulkner County Tax Collector
Fayette County Tax Collector
Florence County Treasurer
Florida Department of Revenue
Floyd County Tax Commissioner
Forrest County Tax Collector
Forsyth County Tax Commissioner
Fort Bend County Tax Assessor-Collector
Franklin County Tax Collector
Fresno County Tax Collector
Fulton County Tax Commissioner
Galveston County Tax Assessor-Collector
Garland County Tax Collector
Georgetown City Tax Collector
Georgia Department of Revenue
Gibson County Trustee
Gillespie Central Appraisal District
Grapevine-Colleyville Area Tax Office
Grayson County Tax Assessor-Collector
Greene County Tax Collector
Gregg County Tax Assessor-Collector
Guadalupe County Tax Assessor-Collector
Gwinnett County Tax Commissioner
Hall County Tax Commissioner
Hamilton County Trustee
Hampton City Tax Collector
Hanover County Tax Collector
Harris County Tax Assessor-Collector
Harrison County Tax Collector
Hawaii Department of Taxation
Hays County Tax Assessor-Collector
Henderson City Tax Collector
Henderson County Tax Collector
Hendersonville City Tax Collector
Henry County Tax Commissioner
Hidalgo County Tax Assessor-Collector
Hillsborough County Tax Collector
Hinds County Tax Collector
Holmes County Tax Collector
Hood County Chief Appraiser
Hopewell City Tax Collector
Hopkins County Tax Collector
Hopkinsville City Tax Collector
Hot Spring County Tax Collector

Houston County Tax Commissioner
Howard County Tax Collector
Humble ISD Tax Office
Humboldt County Tax Collector
Idaho State Tax Commission
Illinois Department of Revenue
Imperial County Tax Collector
Indiana Department of Revenue
Internal Revenue Service
Iowa Department of Revenue
Irving ISD Tax Office
Itawamba County Tax Collector
Jackson County Tax Assessor-Commissioner
Jackson County Tax Collector
Jackson County Trustee
Jefferson County Revenue Department
Jefferson County Tax Assessor-Collector
Jefferson County Tax Collector
Jefferson Parish
Jefferson Parish Tax Collector
Johnson County Tax Assessor-Collector
Johnston City Tax Collector
Johnston Town Tax Collector
Jones County Chief Appraiser
Jonesboro City Tax Collector
Kansas Department of Revenue
Kaufman County Tax Assessor-Collector
Kenton County Tax Collector
Kentucky Department of Revenue
Kern County Tax Collector
King George County Tax Collector
Kings County Tax Collector
Knox County Trustee
Knoxville, City of
La Grange City Tax Collector
Lafayette City Tax Collector
Lafayette Parish
Lafayette Parish Tax Collector
Lafourche Parish Tax Collector
Lamar County Chief Appraiser
Lamar County Tax Collector
Laredo ISD Tax Office
Latimer County Tax Collector
Laurel County Sheriff
Lee County Tax Collector
Liberty County Tax Assessor-Commissioner
Lincoln County Tax Collector
Livingston Parish Tax Collector
London City Tax Collector
Lonoke County Tax Collector
Los Angeles County Tax Collector

Loudon County Trustee
Louisiana Department of Revenue
Lowndes County Tax Collector
Lowndes County Tax Commissioner
Lubbock County Chief Appraiser
Macon County Trustee
Macon-Bibb County Tax Commissioner
Madison County Tax Collector
Madisonville City Tax Collector
Maine Revenue Services
Marietta City Tax Collector
Marion County Tax Assessor-Collector
Martin County Tax Assessor-Collector
Massachusetts Department of Revenue
McCracken County Tax Collector
McDonald County Tax Collector
McDuffie County Tax Commissioner
McLennan County Tax Assessor-Collector
Mecklenburg County Tax Collector
Medina City Tax Collector
Merced County Tax Collector
Miami-Dade County Tax Collector
Michigan Department of Treasury
Miller County Tax Collector
Minnesota Department of Revenue
Mississippi Department of Reveneu
Missouri Department of Revenue
Monroe County Tax Collector
Monterey County Tax Collector
Montgomery County MUD #047 (Montgomery)
Montgomery County Tax Assessor-Collector
Montgomery County Tax Collector
Montgomery County Trustee
Mount Sterling City Tax Collector
Muscogee County Tax Commissioner
Napa County Tax Collector
Nebraska Department of Revenue
Nelson County Tax Collector
Neshoba County Tax Collector
New Hampshire Department of Revenue Administration
New Jersey Division of Taxation
New Kent County Tax Collector
New Mexico Taxation and Revenue Department
New Orleans City Tax Collector
New York Department of Taxation and Finance
Newport City Tax Collector
Newton County Tax Collector
Norfolk City Tax Collector
North Carolina Department of Revenue
North Dakota Office of State Tax Commissioner
Norwalk City Tax Collector

Nueces County Tax Assessor-Collector
Ohio Department of Taxation
Oklahoma County Tax Collector
Oklahoma Tax Commission
Oldham County Tax Collector
Orange County Tax Collector
Oregon Department of Revenue
Orleans Parish
Ouachita Parish
Ouachita Parish Tax Collector
Owensboro City Tax Collector
Paducah City Tax Collector
Parker County Chief Appraiser
Paulding County Tax Commissioner
Peach County Tax Commissioner
Pennsylvania Department of Revenue
Pike County Tax Collector
Pittsburg County Tax Collector
Pittsylvania County Tax Collector
Pointe Coupee Parish Tax Collector
Pottawatomie County Tax Collector
Potter County Tax Assessor-Collector
Prince William County Tax Collector
Providence City Tax Collector
Pulaski County Tax Collector
Rains County Chief Appraiser
Randall County Tax Assessor-Collector
Rankin County Tax Collector
Rapides Parish Tax Collector
Rayville City Tax Collector
Rhode Island Division of Taxation
Richardson ISD Tax Office
Richland Parish Tax Collector
Richmond City Tax Collector
Richmond County Tax Commissioner
Riverside County Tax Collector
Rockdale County Tax Commissioner
Rockingham County Tax Collector
Rockwall County Central Appraisal District
Rogers County Tax Collector
Rutherford County Trustee
Sacramento County Tax Collector
Saint Charles County Tax Collector
Saint Charles Parish Tax Collector
Saint Tammany Parish Tax Collector
Salt Lake County Treasurer
San Bernardino County Tax Collector
San Diego County Tax Collector
San Joaquin County Tax Collector
San Luis Obispo County Tax Collector
Santa Barbara County Tax Collector

Santa Clara County Tax Collector
Santa Cruz County Tax Collector
Savannah City Tax Collector
Scott County Tax Collector
Seminole County Tax Collector
Shasta County Tax Collector
Shelby County Tax Collector
Shelbyville City Tax Collector
Shenandoah County Tax Collector
Shreveport City Tax Collector
Smith County Tax Assessor-Collector
Solano County Tax Collector
Sonoma County Tax Collector
South Carolina Department of Revenue
South Dakota Department of Revenue
St. Tammany Parish
State of Nevada Department of Taxation
Strasburg Town Tax Collector
Sumner County Trustee
Sutter County Tax Collector
Taney County Tax Collector
Tarrant County Tax Assessor-Collector
Taylor County Chief Appraiser
Tazewell County Tax Collector
Tennessee Department of Revenue
Texas City ISD Tax Office
Texas Comproller of Public Accounts
Texas Comptroller of Public Accounts
Thibodaux City Tax Collector
Tolland Town Tax Collector
Tom Green County Chief Appraiser
Travis County Tax Assessor-Collector
Trenton City Tax Collector
Trimble County Tax Collector
Tulare County Tax Collector
Tulsa County Tax Collector
Unicoi County Trustee
Union County Tax Collector
United ISD Tax Office
Utah State Tax Commission
Utah State Tax Commmission
Val Verde County Tax Assessor-Collector
Van Zandt County Chief Appraiser
Ventura County Tax Collector
Vermilion Parish Tax Collector
Vermont Department of Taxes
Virginia Beach City Tax Collector
Virginia Department of Taxation
Warren County Tax Collector
Washington County Tax Collector
Washington D.C. Office of the Chief Financial Officer

Washington Department of Revenue
Webb County Tax Assessor-Collector
Weber County Treasurer
West Virginia Tax Division
Wichita County Tax Assessor-Collector
Williamson County Tax Assessor-Collector
Wisconsin Department of Revenue
Wise County Tax Assessor-Collector
Wood County Tax Collector
Wyoming Department of Revenue
Yolo County Tax Collector
Yuba County Tax Collector
Canada Revenue Agency
Alberta Treasury Board and Finance
Minister of Finance - British Columbia
Minister of Finance Manitoba
Minister of Revenue of Quebec
Saskatchewan Finance - Revenue Division

**U.S. TRUSTEE PERSONNEL, JUDGES, AND COURT CONTACTS FOR THE SOUTHERN DISTRICT OF TEXAS (AND KEY STAFF MEMBERS)**

Chief Judge David R. Jones
Albert Alonzo
Vriana Portillo
Judge Christopher Lopez
Rosario Saldona
Kimberly Picota
Judge Marvin Isgur
LinhThu Do
Tyler Laws
Judge Jeffrey P. Norman
Mario Rios
Tracey Conrad
Judge Eduardo V. Rodriguez
Jeannie Chavez
Ana Castro
David J. Bradley (Clerk of the Court)
Darlene Hansen
Elizabeth Miller
Ruben Castro
Hector Duran, Trial Attorney
Stephen Statham, Trial Attorney
Barbara Griffin (Bankruptcy Analyst)
Luci Johnson-Davis (Paralegal Specialist)
Linda Motton (Paralegal Specialist)
Glenn Otto (Bankruptcy Analyst)
Patricia Schmidt (Legal Assistant (Bankruptcy/OA))
Christy Simmons (Bankruptcy Analyst)
Gwen Smith (Legal Assistant (Bankruptcy/OA))
Millie Aponte Sall (Assistant U.S. Trustee)
Alicia Barcomb (Trial Attorney)
Alethea Caluza (Paralegal Specialist)
Ivette Gerhard (Secretary (OA))
Brian Henault (Bankruptcy Analyst)
Omar E. Jones (Auditor (Bankruptcy))
Ha Nguyen (Trial Attorney)
Yasmine Rivera (Auditor (Bankruptcy))
Jayson B. Ruff (Trial Attorney)
Christopher R. Travis (Trial Attorney)
Clarissa Waxton (Bankruptcy Analyst)
Jana Whitworth (Trial Attorney)
Jennifer Lowery
Kevin M. Epstein

**MAJOR VENDORS**

ACBEL Polytech Inc.
Accenture International Limited
Alexander Mann Solutions Corporation

American Express Travel Related Services Company Inc.
Arcatech Systems
Attra Inc.
Brinks USA
Capgemini America Inc.
Cass Information Systems Inc.
CBTS Technology Solutions LLC
Celestica Hong Kong Ltd.
Cennox Inc.
Champ Vision Display Inc.
Cisco Systems Capital Corporation
Clinton Electronics Corporation
Companion Systems Inc.
Crane Payment Innovations
Defy Security LLC
Dell Financial Services
DFI Inc.
DHL Express Inc.
Direct Components Inc.
Dormakaba USA Inc.
Element Fleet Corporation
Element Fleet Management Services Group, LLC
Ernst & Young LLP
FedEx Corp.
Fiserv Solutions LLC
Fl Service Team Inc.
George R Smalley Company Inc.
Greenbrier Technical Services Inc.
Hitachi Channel Solutions Corp.
HP Products Inc.
HQI LLC
IMS Engineered Products
Infosys McCamish Systems LLC
Insight Direct USA Inc.
JCM American Corp
KPMG LLP
LinkedIn Corporation
Loomis Armored US, LLC
Management Control Systems Ltd
Maysteel Ports LLC
Microsoft Corporation
National Services LLC
Nidec Instruments America Corporation
Oracle America, Inc.
Oswald Companies
Partners In Tech Services Inc.
PC Partner Ltd.
Pfannenberg Sales America LLC
Pierce Washington LLC
Powerhouse FS Inc.
Primat

Procomp Industria Electronica LTDA
Rosti Poland S.p. z.o.o.
Salesforce, Inc.
Sanmina – SCI Corporation
Scheetz Building Corporation
Security Vault Works Inc.
Splenor Pte. Ltd.
Standard Plumbing & Heating Company
SZA Schilling Zutt & Anschutz Rechtsanwaltsgesellschaft Mbh
Tangoe US, Inc.
Telemark Diversified Graphics
The Act 1 Group Inc.
Toshiba TEC Singapore PTE Ltd.
Tri Star Inc.
Trio Suply Chaim Solutions LLC
TSE Industries Inc.
Ventus Wireless LLC
Verifone Inc.
Warehouse Anywhere LLC
Weldex Corporation
XPO Logistics Managed Transportation LLC
AM PM Service LTD
ABM Integrated Solutions
UPS Supply Chain Solutions Inc.
ClaimSecure Inc.

**Schedule 2**

| JW Client Name / Affiliate | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| 1000 Louisiana LP d/b/a Wells Fargo Plaza | Wells Fargo | Major Customer | Client |
| Ameriprise Financial Services, Inc. | Ameriprise | Secured Creditor | Previous Client |
| AXA Real Estate Investment Managers US LLC | AXA Investment Managers | Secured Creditor | Client |
| Bank of America Merrill Lynch | Bank of America | Bank | Client |
| Bank of America, N.A. | Bank of America | Bank | Client |
| Bank of America, N.A., as Trustee of the William E. Dean III Charitable Foundation | Bank of America | Bank | Client |
| Bexar County | Bexar County Tax Assessor Collector | Taxing Authorities | Previous Client |
| Bexar County Hospital District dba University Health System | Bexar County Tax Assessor Collector | Taxing Authorities | Client |
| Blackrock | BlackRock Fund Advisors | Secured Creditor | Client |
| Bloomberg News | Bloomberg LP | Insurance/Benefit Administrator | Client |
| Blue Cross Blue Shield Association | Highmark Blue Cross Blue Shield | Insurance/Benefit Administrator | Client |
| Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company | Highmark Blue Cross Blue Shield | Insurance/Benefit Administrator | Client |
| Brazoria County Elite, LLC | Brazoria County Tax Assessor-Collector | Taxing Authorities | Client |
| Calhoun County Navigation District | Calhoun County Chief Appraiser | Taxing Authorities | Client |
| Capital One, GE Capital, Bank of America Merrill Lynch and NextEra | Bank of America, N.A. | Secured Creditor | Client |
| Carlyle Realty VI, L.L.C. | Carlyle | Secured Creditor | Previous Client |
| Carlyle/Cypress West 7th, LP | Carlyle | Secured Creditor | Client |
| Chase Paymentech | JPMorgan Chase & Co. | Major Customer | Client |
| Chubb & Son | Chubb Corp. | Insurnace/Benefit Administrator | Client |
| Chubb Executive Risk | Chubb Corp. | Insurnace/Benefit Administrator | Client |

| JW Client Name / Affiliate | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Chubb Insurance of Europe SE | Chubb Corp. | Insurnace/Benefit Administrator | Previous Client |
| Cisco Systems, Inc. | Cisco Systems Capital Corporation | Vendor | Client |
| Citibank, N.A. | Citibank, N.A. | Major Customer | Client |
| City of Garland | City of Garland | Taxing Authorities | Client |
| City of Mesquite | City of Mesquite | Taxing Authorities | Previous Client |
| Cleveland Medical Clinic Family Practice P.A. | Cleveland Clinic | Insurance/Benefit Administrator | Client |
| Comerica Bank | Comerica Incorporated | Major Customer | Client |
| Comerica Bank, Independent Executor of the Estate | Comerica Incorporated | Major Customer | Previous Client |
| Comerica Bank, Trustee of Albert Galatyn Hill, IV Trust, Carolyn Margaret Hill Trust, & Nance Haroldson Hill Trust | Comerica Incorporated | Major Customer | Previous Client |
| Comerica Bank, Trustee of Peery family trusts | Comerica Incorporated | Major Customer | Previous Client |
| Creation Equity LLC and JP Morgan Investment Management | JPMorgan Chase Bank, NA | ABL and Secured Credit Facilities Trustee | Client |
| Credit Agricole Corporate and Investment Bank | Credit Agricole | Secured Creditors | Previous Client |
| Credit Suisse Asset Management, LLC | Credit Suisse AG, Cayman Islands Branch | Secured Creditors | Client |
| Credit Suisse Real Estate Fund International (Canada) Leaseholds Inc. | Credit Suisse AG, Cayman Islands Branch | Secured Creditors | Client |
| Credit Suisse Securities (USA) LLC | Credit Suisse AG, Cayman Islands Branch | Secured Creditors | Client |
| Dallas County Hospital District | Dallas County Tax Assessor-Collector | Taxing Authorities | Client |
| Dallas County Medical Society Alliance & Foundation | Dallas County Tax Assessor-Collector | Taxing Authorities | Client |
| Dallas County Utility and Reclamation District (DCURD) | Dallas County Tax Assessor-Collector | Taxing Authorities | Client |
| DeKalb County Board of Education | DeKalb County Tax Commissioner | Taxing Authorities | Client |
| DeKalb County School Board | DeKalb County Tax Commissioner | Taxing Authorities | Client |

| JW Client Name / Affiliate | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Dell Inc. | Dell Financial Services | Vendor | Client |
| Dell Technologies | Dell Financial Services | Vendor | Client |
| Deutsche Bank | Deutsche Bank Aktiengesellschaft | Secured Creditor | Client |
| Federal Express Corporation | FedEx Corp. | Vendor | Client |
| FedEx Freight, Inc. | FedEx Corp. | Vendor | Client |
| Fiserv, Inc. | Fiserv, Inc. | Competitors | Client |
| Harris County | Harris County Tax Assessor-Collector | Taxing Authorities | Previous Client |
| Hillsborough County Government | Hillsborough County Tax Collector | Taxing Authorities | Previous Client |
| Houlihan Lokey Howard & Zukin | Houlihan Lokey, Inc. | Affiliates | Client |
| HSBC Mortgage Services Inc. | HSBC Bank USA | Secured Creditors | Previous Client |
| HSBC USA, Inc. | HSBC Bank USA | Secured Creditors | Client |
| International Business Machines Corp. | International Business Machines Corp. | Competitors | Client |
| INVESCO Real Estate | INVESCO | Secured Creditors | Previous Client |
| J.P. Morgan Investment Management, Inc. | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| JP Morgan Chase - PMC | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| JP Morgan Chase Bank | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| JPMorgan Asset Management | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| JPMorgan Chase Bank Trust Department | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| JPMorgan Chase Bank, N.A. - Global Wealth Management | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| JPMorgan Chase Bank, N.A. - Oil & Gas | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |
| KeyBank National Association | KeyBank National Association | Customer | Client |

| JW Client Name / Affiliate | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Liberty Insurance Underwriters, Inc. | Liberty Mutual | Insurance/Benefit Administrator | Client |
| Liberty Mutual Fire Insurance Company | Liberty Mutual | Insurance/Benefit Administrator | Client |
| Lincoln National Corporation | Lincoln National Corpotation | Insurance/Benefit Administrator | Previous Client |
| Lionstone Partners, LLC | Ameriprise | Secured Creditors | Client |
| Loomis Armored, Inc. | Loomis Armored US, LLC | Vendor | Client |
| Marsh & McLennan Companies, Inc. | Mercer LLC | Insurance/Benefit Administrator | Client |
| Marsh USA Inc. | Mercer LLC | Insurance/Benefit Administrator | Client |
| Mercer Advisors | Mercer LLC | Insurance/Benefit Administrator | Client |
| Mercer Global Advisors | Mercer LLC | Insurance/Benefit Administrator | Client |
| Mercer LLC | Mercer LLC | Insurance/Benefit Administrator | Client |
| Mercer Street Partners Sponsor, LLC | Mercer LLC | Insurance/Benefit Administrator | Client |
| Microsoft Corporation | Microsoft Corporation | Affiliate | Client |
| Myers Kia, Joe | Joe Myers | Director | Client |
| National Service Industries | National Services LLC | Vendor | Client |
| National Service Source, Inc. | National Services LLC | Vendor | Client |
| Nautilus Hyosung America | Nautilus Hyosung America, Inc. | Competitors | Client |
| Parker County Emergency Services District No. 1 | Parker County Chief Appraiser | Taxing Authorities | Client |
| Parker County Special Utility District | Parker County Chief Appraiser | Taxing Authorities | Client |
| PNC Bank | PNC Bank, National Association | Bank | Client |
| Prescott Realty Group | Prescott Group Capital Management, LLC | Shareholder | Client |
| Select Portfolio Servicing, Inc. | PNC Bank National Association | Bank | Client |
| Stanley Investment Partners, Inc. | Stanley | Customer | Client |
| Susan Fleishman Golden and JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. | ABL and Secured Credit Facilities | Client |

| JW Client Name / Affiliate | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Tarrant County, Texas | Tarrant County Tax Assessor-Collector | Taxing Authorities | Previous Client |
| Tarrant Property Tax Service | Tarrant County Tax Assessor-Collector | Taxing Authorities | Client |
| The Lincoln National Life Insurance Company | Lincoln National Corporation | Taxing Authorities | Client |
| Tom Green County | Tom Green County Chief Appraiser | Taxing Authorities | Previous Client |
| Toshiba International Corporation | Toshiba TEC | Vendor | Client |
| U.S. Bank National Association | U.S. Bank National Association | Secured Creditor | Client |
| U.S. Bank Wealth Management | U.S. Bank National Association | Secured Creditor | Client |
| U.S. Trust, Bank of America Private Wealth Management | U.S. Bank National Association | Secured Creditor | Client |
| Wells Fargo | Wells Fargo | Customer | Client |
| Wells Fargo Bank, N.A. | Wells Fargo | Customer | Client |
| Wells Fargo Central Pacific Holdings, Inc. | Wells Fargo | Customer | Client |
| Wells Fargo Central Pacific Holdings, Inc. and JPM Capital Corporation | Wells Fargo | Customer | Client |
| Wells Fargo Energy Capital | Wells Fargo | Customer | Client |