**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Diebold Holding Company, LLC,[1] | ) | Case No. 23-90602 (MI) |
| Reorganized Debtor. | ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On August 27, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**, and (2) via email on (ADRID: 30791875), Jackson Walker, jason.boland@nortonrosefulbright.com:

- Remaining Reorganized Debtor's Motion for Entry of a Final Decree and Order (I) for Approval of Jackson Walker's Final Fee Application, (II) Closing the Remaining Chapter 11 Case, and (III) Granting Related Relief [Docket No. 412]

Dated: September 2, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 2, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

1 The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification numbers, is: Diebold Holding Company, LLC (3478). The Reorganized Debtors' noticing address is 50 Executive Parkway, Hudson, OH 44236. The chapter 11 cases of the Reorganized Debtor's affiliates have been closed.

# **Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd, Ste. 300<br>McKinney TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| Top 30 Unsecured Creditor | Acbel Polytech Inc. | Attn: Jessica Li<br>No.159, Sec. 3, Danjin Rd.<br>Tamsui Dist., New Taipei City 251 Taiwan | | First-Class Mail |
| Top 30 Unsecured Creditor | Accenture International Limited | Attn: Sharma Sukanya<br>1 Grand Canal Square<br>Grand Canal Harbour<br>Dublin 2 D02 P820 Ireland | sukanya.sharma@accenture.com | Email |
| Top 30 Unsecured Creditor | Alexander Mann Solutions Corporation | Attn: Chris Allen<br>1301 E 9th Street<br>Cleveland OH 44114 | chris.allen@alexmann.com | Email |
| Top 30 Unsecured Creditor | Arcatech Systems | Attn: Brian Boffo<br>12215 Waters Park Rd<br>Austin TX 78759 | | First-Class Mail |
| Counsel to Travis County | Assistant Travis County Attorney | Attn: Jason A. Starks<br>P.O. Box 1748<br>Austin TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| Counsel to Liberty Mutual Insurance Company | Bains Law PLLC | Attn: Brandon Bains<br>P.O. Box 559<br>Azle TX 76098 | brandon@bainslaw.com | Email |
| Counsel to the Texas Comptroller of Public Accounts | Bankruptcy & Collections Div. | Attn: Christopher J. Dylla<br>Assistant Attorney General<br>P.O. Box 12548<br>Austin TX 78711-2548 | | First-Class Mail |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street<br>Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Top 30 Unsecured Creditor | Cennox Inc. | Attn: Amy Mill<br>3010 Santa Fe Court<br>Missoula MT 59808 | amy.mill@cennox.com | Email |
| Top 30 Unsecured Creditor | Clinton Electronics Corporation | Attn: Judy Laird<br>6701 Clinton Road<br>Loves Park IL 61111 | | First-Class Mail |
| Commonwealth of Puerto Rico | Commonwealth of Puerto Rico | Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan PR 00902-0192 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Group and DIP Lenders | Davis Polk & Wardwell LLP | Attn: Damian S. Schaible, Adam L. Shpeen, Dylan A. Consla, Amber Leary<br>450 Lexington Avenue<br>New York NY 10017 | damian.schaible@davispolk.com<br>adam.shpeen@davispolk.com<br>amber.leary@davispolk.com | Email |
| Top 30 Unsecured Creditor | Defy Security LLC | Attn: Rocky Bowermaster<br>375 Southpointe Blvd Ste 210<br>Canonsburg PA 15317-8587 | rocky@defysecurity.com | Email |
| Top 30 Unsecured Creditor | Dormakaba USA Inc. | Attn: Rachel Mango<br>6161 E 75th Street<br>Indianapolis IN 46250 | rachel.mango@dormakaba.com | Email |
| Top 30 Unsecured Creditor | Element Fleet Corporation | Attn: Bettis Rick<br>940 Ridgebrook Road<br>Sparks MD 21152 | rbettis@elementcorp.com | Email |
| Counsel to GAMCO Asset Management, Inc. and Gabelli Funds LLC | Entwistle & Cappucci LLP | Attn: Andrew J. Entwistle<br>500 W. 2nd Street, Suite 1900-16<br>Austin TX 78701 | aentwistle@entwistle-law.com | Email |
| Counsel to GAMCO Asset Management, Inc. and Gabelli Funds LLC | Entwistle & Cappucci LLP | Attn: Vincent R. Cappucci, Joshua K. Porter<br>230 Park Avenue, 3rd Floor<br>New York NY 10169 | vcappucci@entwistle-law.com<br>jporter@entwistle-law.com | Email |
| Top 30 Unsecured Creditor | Ernst & Young LLP | Attn: Walters Gina, Associate Director<br>200 Plaza Drive<br>Secaucus NJ 07094 | gina.walters@ey.com | Email |
| Counsel to BRG 50 Executive, LP | Fisherbroyles, LLP | Attn: Lisa A. Powell<br>2925 Richmond Ave<br>Suite 1200<br>Houston TX 77098 | lisa.powell@fisherbroyles.com | Email |
| Foreign Representative of the Netherlands Debtor | FTI Consulting, Inc. | Attn: Carlin Adrianopoli<br>227 West Monroe Street, Suite 900<br>Chicago IL 60606 | carlin.adrianopoli@fticonsulting.com | Email |
| Counsel to City of Mesquite | Grimes & Linebarger, LLP | Attn: John Kendrick Turner<br>120 W. Main, Suite 201<br>Mesquite TX 75149 | dallas.bankruptcy@lgbs.com | Email |
| Top 30 Unsecured Creditor | Hilscher Clarke Electric | Attn: Mike Davis<br>519 4th St NW<br>Canton OH 44703 | mdavis@hilscher-clarke.com | Email |
| Top 30 Unsecured Creditor | HQI LLC | Attn: Vincent Sivori<br>920 Bloomfield Rd<br>Springfield KY 40069 | vincent.sivori@yahoo.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Inspur Financial Information Technology Co Ltd. | Attn: Bright Xia<br>No. 818 Wusong Road<br>Su Zhou 215124 China | xiajianguo@inspur.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First-Class Mail |
| Counsel for the Debtors and Debtors in Possession | Jackson Walker LLP | Attn: Matthew D. Cavenaugh, Kristhy M. Peguero, Victoria Argeroplos<br>1401 Mckinney Street<br>Suite 1900<br>Houston TX 77010 | mcavenaugh@jw.com<br>kpeguero@jw.com<br>vargeroplos@jw.com | Email |
| Counsel for the Debtors and Debtors in Possession | Jones Day | Attn: Daniel T. Moss, Nicholas J. Morin, Andrew M. Butler<br>250 Vesey Street<br>New York NY 10281 | dtmoss@jonesday.com<br>nmorin@jonesday.com<br>abutler@jonesday.com | Email |
| Counsel for the Debtors and Debtors in Possession | Jones Day | Attn: Heather Lennox, T. Daniel Reynolds, Nick Buchta<br>North Point<br>901 Lakeside Avenue<br>Cleveland OH 44114 | hlennox@jonesday.com<br>tdreynolds@jonesday.com<br>nbuchta@jonesday.com | Email |
| Counsel to Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Department, Rachel Medrano<br>PO Box 579<br>Bakersfield CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| Top 30 Unsecured Creditor | KPMG LLP | Attn: Shirley Haidle<br>3 Chestnut Ridge Road<br>Montvale NJ 07645-0435 | | First-Class Mail |
| Counsel to Nueces County, Cameron County, Hays CISD, San Marcos CISD, McLennan County, Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to Val Verde Coounty and Ector Cad | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Hood CAD, Parker CAD, Van Zandt CAD, Kaufman County, Smith County, Tom Green CAD, Tarrant County, Grayson County, Northwest ISD, City of Wylie, City of Richardson, Dallas County, Rockwall CAD, Rains County Ad, Upshur County, Linden - Kildare Cisd, Lamar Cad, Gregg County, City of Jefferson, Ellis County, Jefferson Isd, Marion County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Cypress-Fairbanks ISD, Angelina County, Harris County, Liberty County, Montgomery County, Galveston County, Jefferson County, Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bowie Central Appraisal District, Calhoun County Appraisal District, Midland Central Appraisal District, County of Brazos, County of Cherokee, Cherokee County Appraisal District, County of Comal, County of Coryell, County of Denton, County of Guadalupe, County of Hays, City of Waco and/or Waco Independent School District, Midway ISD, Central Appraisal District of Taylor County, County of Williamson, Tax Appraisal District of Bell County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Jessica L. Cousineau<br>P.O. Box 1269<br>Round Rock TX 78680 | jessica.cousineau@mvbalaw.com | Email |
| Counsel to Members 1st Federal Credit Union | Mette, Evans & Woodside | Attn: Tracy L. Updike<br>3401 North Front Street<br>PO Box 5950<br>Harrisburg PA 17110-0950 | tlupdike@mette.com | Email |
| Top 30 Unsecured Creditor | Microsoft Corporation | Attn: Dannette Roberts<br>One Microsoft Way<br>Redmond WA 98052 | | First-Class Mail |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Attn: Don Cosper, Bankruptcy Unit<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdtxecf@dor.mo.gov<br>bankruptcy@dor.mo.gov | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | First-Class Mail and Email |
| Top 30 Unsecured Creditor | National Services LLC | Attn: Walt Bearden<br>315 Trane Drive<br>Knoxville TN 37919 | waltb@nsa.bz | Email |
| Top 30 Unsecured Creditor | Nidec Instruments America Corporation | Attn: Wicker Krista<br>275 Northridge Dr<br>Shelbyville IN 46176 | kwicker@us.nidec-sankyo.com | Email |
| Counsel to Pension Benefit Guaranty Corporation | Office of the General Counsel | Attn: Lori A. Butler, Jenny Park<br>445 12th Street, S.W.<br>Washington DC 20024 | butler.lori@pbgc.gov<br>efile@pbgc.gov<br>park.jenny@pbgc.gov | Email |
| Counsel to Pension Benefit Guaranty Corporation | Office of the General Counsel | Attn: Mai Lan G. Rodgers<br>445 12th Street, S.W.<br>Washington DC 20024 | rodgers.mailan@pbgc.gov<br>efile@pbgc.gov | Email |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Vianey Garza and Ha Minh Nguyen<br>515 Rusk Street, Suite 3516<br>Houston TX 77002 | vianey.garza@usdoj.gov<br>ha.nguyen@usdoj.gov | Email |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones<br>320 Rober S. Kerr<br>Room 307<br>Oklahoma City OK 73102 | tammy.jones@oklahomacounty.org | Email |
| Top 30 Unsecured Creditor | Oracle America Inc. | Attn: Steve Paynter<br>500 Oracle Parkway<br>Redwood City CA 94065 | cash-appsin_ww@oracle.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Partners In Tech Services Inc. | Attn: Ashley Gropack<br>990 Corporate Drive Suite 610<br>Westbury NY 11590 | ashley@partnerstechs.com | Email |
| Top 30 Unsecured Creditor | PC Partner Ltd. | Attn: Sam Ng<br>No. 1 Queen's Road Central<br>Hong Kong China | samng@pcpartner.com | Email |
| Counsel to Austin County Appraisal District and Fort Bend Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | Email |
| Counsel to Richarson ISD, City of Grapevine, Grapevine-Colleyville ISD, City of Burleson, Burleson ISD, Cleburne ISD, Johnson County, City of Pottsboro, Pottsboro ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | emccain@pbfcm.com | Email |
| Counsel to Copperas Cove Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | jbanks@pbfcm.com | Email |
| Counsel to Lubbock Central Appraisal District and Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to City of Garland, Garland ISD, Carrollton-Farmers Branch ISD, Wylie ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece<br>1919 S. Shiloh Rd<br>Suite 640, LB 40<br>Garland TX 75042 | lreece@pbfcm.com | Email |
| Counsel to City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew<br>PO Box 8188<br>Wichita Falls TX 76307 | mlerew@pbfcm.com | Email |
| Counsel to Taxing Districts Collected by Potter County & Taxing Districts Collected by Randall County | Perdue, Brandon, Fielder, Collins and Mott, LLP | Attn: Benjamin P. Gifford<br>P.O. Box 9132<br>Amarillo TX 79105 | amabkr@pbfcm.com | Email |
| Counsel to the Ad Hoc Group | Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, Megan Young-John<br>1000 Main Street, 36th Floor<br>Houston TX 77002 | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com | Email |
| Top 30 Unsecured Creditor | PricewaterhouseCoopers LLP | Attn: Cheryl Hall<br>One North Wacker<br>Chicago IL 60606 | | First-Class Mail |
| Top 30 Unsecured Creditor | PRIMAT d.d. | Attn: Irena Ocvirk<br>Industrijska ulica 22<br>Maribor 2000 Slovenia | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Accenture International Limited | Reed Smith LLP | Attn: Daniela Mondragón<br>1221 McKinney Street, Suite 2100<br>Houston TX 77010 | dmondragon@reedsmith.com | Email |
| Counsel to Interested Parties Deborah And Robert Hill | Rochelle Mccullough, LLP | Attn: Shannon S. Thomas<br>325 N. St. Paul Street<br>Suite 4500<br>Dallas TX 75201 | sthomas@romclaw.com | Email |
| Counsel to Resources Connection LLC, d/b/a Resources Global Professionals | Ross, Smith & Binford, PC | Attn: Jason Binford<br>2003 N. Lamar Blvd., Suite 100<br>Austin TX 78705 | jason.binford@rsbfirm.com | Email |
| Top 30 Unsecured Creditor | RXO Managed Transport LLC | Attn: Chelcie Baldwin<br>11215 North Community House Road<br>Charlotte NC 28277 | chelcie.baldwin@rxo.com | Email |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | Attn: John D. Demmy<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | john.demmy@saul.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of The Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | David Woodcock Regional Director<br>Burnett Plaza<br>801 Cherry St., Ste. 1900 Unit 18<br>Fort Worth TX 76102 | | First-Class Mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York NY 10004-2616 | bankruptcynoticeschr@sec.gov | Email |
| Top 30 Unsecured Creditor | Shell Oil Products US | Attn: Brian Edmonds<br>3333 Highway 6 South<br>Houston TX 77082 | brian.edmonds@shell.com | Email |
| Counsel to J.P. Morgan Chase Bank, N.A., as Administrative Agent Under the ABL Credit Agreement | Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, David R. Zylberberg, Zachary J. Weiner<br>425 Lexington Avenue<br>New York NY 10017 | squsba@stblaw.com<br>david.zylberberg@stblaw.com<br>zachary.weiner@stblaw.com | Email |
| Top 30 Unsecured Creditor | St. Moritz Security Services Inc. | Attn: Brian Fiscus<br>4600 Clairton Blvd<br>Pittsburgh PA 15236 | bfiscus@smssi.com | Email |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N. Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First-Class Mail |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First-Class Mail |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov | Email |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First-Class Mail |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First-Class Mail |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First-Class Mail |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | info@atg.in.gov | Email |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | Email |
| State of Kansas Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 Sw 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First-Class Mail |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First-Class Mail |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | Email |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333-0000 | | First-Class Mail |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | | First-Class Mail |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First-Class Mail |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First-Class Mail |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N. Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2Nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | Email |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301-0000 | attorneygeneral@doj.nh.gov | Email |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First-Class Mail |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First-Class Mail |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First-Class Mail |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E. Boulevard Ave, Dept. 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First-Class Mail |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21St Street<br>Oklahoma City OK 73105 | | First-Class Mail |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First-Class Mail |
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903-0000 | | First-Class Mail |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First-Class Mail |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department<br>P.O. Box 20207<br>Nashville TN 37202-0207 | steve.butler@ag.tn.gov | Email |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>P.O. Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.bankruptcies@vermont.gov | Email |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>General Financial Recovery Section<br>PO Box 610<br>Richmond VA 23218-0610 | | First-Class Mail |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First-Class Mail |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Building 1, Room E-26<br>Charleston WV 25305 | consumer@wvago.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | | First-Class Mail |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First-Class Mail |
| Office of the Texas Secretary of State | Texas Secretary of State | Attn: Jane Nelson<br>P.O. Box 12887<br>Austin TX 78711-2887 | | First-Class Mail |
| Top 30 Unsecured Creditor | The Act 1 Group Inc. | Attn: Leon Andrea<br>50 Paxman Road<br>Etobicoke ON M9C 1B7 Canada | aleon@agile1.com | Email |
| Counsel to U.S. Bank Trust Company, National Association, as Trustee Under the 2024 Stub Unsecured Notes Indenture, First Lien Euro Notes Indenture, 2025 First Lien U.S. Notes Indenture and Second Lien Notes Indenture | Thompson Hine LLP | Attn: Yesenia Batista, Karen Fox, Irv Apar<br>300 Madison Avenue<br>27th Floor<br>New York NY 10017 | yesenia.batista@thompsonhine.com<br>karen.fox@thompsonhine.com<br>irving.apar@thompsonhine.com | Email |
| Top 30 Unsecured Creditor | Tri Star Inc. | Attn: Lisa Zhou<br>No. 1888 Jintong Avenue, Tongzhou Development Area<br>Tongzhou, Jiangsu 226300 China | lisazhou@tristarinc.com | Email |
| Top 30 Unsecured Creditor | Trinamix Inc. | Attn: Prantik Chakraborty<br>123 E San Carlos St, Unit 15<br>San Jose CA 95112 | prantik.chakraborty@trinamix.com | Email |
| Top 30 Unsecured Creditor | U.S. Bank Global Corporate Trust (8.5% Senior Notes Due 2024 Trustee) | Attn: David A. Schlabach, Vice President/Relationship Manager<br>1350 Euclid Avenue, Suite 1100<br>Cleveland OH 44115 | david.schlabach@usbank.com | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First-Class Mail |
| U.S. Attorney for the Southern District of Texas | US Attorney for Southern District of Texas | Attn: Jennifer Lowery, Acting U.S. Attorney<br>Civil Process Clerk<br>1000 Louisiana St., Ste. 2300<br>Houston TX 77002 | usatxs.atty@usdoj.gov | Email |
| Washington DC Attorney General | Washington Dc Attorney General | Attn: Bankruptcy Department<br>441 4Th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |
| Counsel to GLAS USA LLC and GLAS Americas LLC | White & Case LLP | Attn: Adam Swingle<br>111 South Wacker Drive, Suite 5100<br>Chicago IL 60606-4302 | adam.swingle@whitecase.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to GLAS USA LLC and GLAS Americas LLC | White & Case LLP | Attn: Charles R. Koster<br>609 Main Street, Suite 2900<br>Houston TX 77002 | ckoster@whitecase.com | Email |
| Counsel to GLAS USA LLC and GLAS Americas LLC, as Administrative and/or Collateral Agent Under the 2023 Stub First Lien Term Credit Agreement, the DIP Credit Agreement, the First Lien Euro Notes Indenture, the First Lien Credit Agreement, the First Lien U.S. Notes Indenture, the Second Lien Notes Indenture and the Superpriority Credit Agreement | White & Case LLP | Attn: Rob Bennett, Harrison Denman, Elizabeth Feld, Viktor Braun<br>1221 Avenue of the Americas<br>New York NY 10020 | rbennett@whitecase.com<br>harrison.denman@whitecase.com<br>efeld@whitecase.com<br>viktor.braun@whitecase.com | Email |
| Counsel to Nicholas Fries | William T. Peckham, Attorney at Law | Attn: William T. Peckham<br>1104 Nueces St<br>Suite 104<br>Austin TX 78701-2106 | wpeckham@peckhamlawaustin.com | Email |
| Top 30 Unsecured Creditor | Yongzhou Yalide Technology Co Ltd | Attn: Jack Zhao<br>No. 121 Lane One The Third Industry Area Matigang Dalingshan<br>Dongguan, Guangdong 523810 China | cjcrubber@cjcmotor.com | Email |